IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KENDALL J. TANNER                                                PLAINTIFF

vs.                                                     CIVIL ACTION NO. 4:18-CV-13-SA-RP

REGIONS BANK                                              DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on the motion, *ore tenus*, of the parties for the entry of an order of dismissal of this lawsuit with prejudice. The court, having considered said motion, finds that the parties have reached a compromise and settlement of this cause, so that there remain no issues to be tried or determined by this court. The court being otherwise fully advised in the premises, is of the opinion, and so finds, that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint herein be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs and attorneys' fees; provided, however, that the court retains jurisdiction to enforce the "Confidential Settlement Agreement and General Release" executed by the parties.

SO ORDERED AND ADJUDGED, this the 27th day of June, 2018.

                                             /s/ Sharion Aycock
                                             SHARION AYCOCK
                                             UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

*s/Louwlynn Vanzetta Williams*                      *s/Timothy M. Threadgill*
LOUWLYNN VANZETTA WILLIAMS           TIMOTHY M. THREADGILL
L.V. WILLIAMS LAW, PLLC                             BUTLER SNOW LLP
MS Bar No. 99712                                        MS Bar No. 8886
*Attorney for Plaintiff*                                         *Attorney for Defendant*